**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN JOSEPH KOEHLER,** | : | NO: 3:12-CV-00291 |
| Petitioner, | : | (Judge Caputo) |
| v. | : | |
| **JOHN E. WETZEL,** Secretary-Designee, Pennsylvania Department of Corrections; **LOUIS B. FOLINO,** Superintendent of the State Correctional Institution at Greene; and **MARIROSA LAMAS,** Superintendent of the State Correctional Institution at Rockview, | : | **(THIS IS A CAPITAL CASE)** |
| Respondents | : | |

## ORDER

**AND NOW**, this **14th** day of **MAY, 2015**, upon consideration of Petitioner John Joseph Koehler's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), the complete record in this case, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

                                          s/A. Richard Caputo
                                          **A. Richard Caputo**
                                          **United States District Judge**