## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN JOSEPH KOEHLER, | : | Civil No. 3:12-CV-00291 |
| Petitioner, | : | |
| v. | : | THIS IS A CAPITAL CASE |
| JOHN E. WETZEL, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 1st day of April, 2024, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion to alter or amend the judgment denying his petition for writ of habeas corpus is denied.  (Doc. 55.)

2. The court will not issue a certificate of appealability.

s/ Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania